UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re Testosterone Replacement Therapy Products Liability Litigation | ) ) ) | MDL No. 2545<br>Case No. 14-cv-1748<br>Honorable Matthew F. Kennelly |
| Gregory Decker,<br><br>           Plaintiff,<br><br>v.<br><br>AbbVie Inc., and<br>Abbott Laboratories, Inc.,<br><br>           Defendants. | ) ) ) ) ) ) ) ) ) ) ) | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br><br><br>Case No.  1:14-cv-09105 |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).  Each party shall bear its own costs, expenses and attorneys' fees with respect to the above-captioned action.


Dated: April 27, 2016                              Respectfully Submitted,


                                                                  */s/ John P. Fiske*
                                                                  John H. Gomez (SBN: 171485)
                                                                  John P. Fiske (SBN: 249256)
                                                                  **Gomez Trial Attorneys**
                                                                  655 West Broadway, Suite 1700
                                                                  San Diego, California  92101
                                                                  Telephone:  (619) 237-3490/Fax: (619) 237-3496
                                                                  john@gomeztrialattorneys.com
                                                                  jfiske@ gomeztrialattorneys.com
                                                                  **Attorneys for Plaintiff**

1

*/s/ Christopher R. Boisvert*
Michelle Hart Yeary
DECHERT LLP
902 Carnegie Center, Suite 500
Princeton, NJ 08540-6531
Tel: (609) 955-3200
Fax: (609) 873-9151
michelle.yeary@dechert.com

David M. Bernick
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
david.bernick@dechert.com

Christopher R. Boisvert
Hope S. Freiwald
DECHERT LLP
2929 Arch St., Cira Centre
Philadelphia, PA 19104-2808
Tel: (215) 994-4000
Fax: (215) 655-2312
hope.freiwald@dechert.com
chip.boisvert@dechert.com

**Attorneys for AbbVie Inc., Abbott Laboratories, AbbVie Products LLC, & Unimed Pharmaceuticals LLC**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 27, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.
     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2016.

                                            */s/ John P. Fiske*
                                            John P. Fiske